# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
JOSEPH KENNETH BROWNE § Case No. 11-51790
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/29/2011 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $     40,001.45

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 197.99 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]        $ | 39,803.46 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6. The deadline for filing non-governmental claims in this case was 07/18/2012 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,750.15 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,750.15 , for a total compensation of $ 4,750.15 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/17/2012        By:/s/Gregg Szilagyi
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 11-51790 JBS Judge: Jack B. Schmetterer  
Case Name: JOSEPH KENNETH BROWNE  
For Period Ending: 10/17/12

Trustee Name: Gregg Szilagyi  
Date Filed (f) or Converted (c): 12/29/11 (f)  
341(a) Meeting Date: 02/07/12  
Claims Bar Date: 07/18/12

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single family home Location: 30 West 14th Street, Chicago IL | 700,000.00 | 0.00 | | 0.00 | 0.00 |
| 2 | 1/2 owner of condominium located at 233 East 13th Street #16 | 195,000.00 | 0.00 | | 0.00 | 0.00 |
| 3 | 1/2 interest in Condominium located at 13965 Avon Park Circl | 230,000.00 | 0.00 | | 0.00 | 0.00 |
| 4 | 1/2 interest of 3 acres of vacant land located in Georgetown | 8,150.00 | 4,150.00 | | 0.00 | 4,150.00 |
| 5 | Location: 30 West 14th Street, Chicago IL 60605 | 250.00 | 250.00 | | 0.00 | 250.00 |
| 6 | Checking account South Central Bank account ending #9400 | 300.00 | 300.00 | | 0.00 | 300.00 |
| 7 | Digital Federal Credit Union money market account Location: | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8 | Digital Federal Credit Union checking account Location: 30 W | 2.00 | 2.00 | | 0.00 | 2.00 |
| 9 | Digital Federal Credit Union savings account Location: 30 We | 2.00 | 2.00 | | 0.00 | 2.00 |
| 10 | Bank of America checking account #9963 Location: 30 West 14t | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Bank of America Savings account | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12 | Fifth Third Bank checking account Location: 30 West 14th Str | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13 | Chase Bank checking account ending #4970 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Miscellaneous furniture and home goods bedroom, home office | 3,000.00 | 3,000.00 | | 0.00 | 3,000.00 |
| 15 | Clothing Location: 30 West 14th Street, Chicago IL 60605 | 500.00 | 0.00 | | 0.00 | 0.00 |
| 16 | New York Life Term Insurance Policy no.: G-29116, Account: 0 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17 | Ameriprise Financial IRA Accounts: 000066596242021, 0931077 | 41,374.41 | 0.00 | | 0.00 | 0.00 |
| 18 | Blavvise & Browne Investment Group, Inc. (Disolved) Location | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19 | 19E LLC, | 0.00 | 0.00 | | 0.00 | 0.00 |
| 20 | B&B Holland Groves LLC | 0.00 | 0.00 | | 0.00 | 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 11-51790  JBS  Judge: Jack B. Schmetterer
Case Name: JOSEPH KENNETH BROWNE
For Period Ending: 10/17/12

Trustee Name: Gregg Szilagyi
Date Filed (f) or Converted (c): 12/29/11 (f)
341(a) Meeting Date: 02/07/12
Claims Bar Date: 07/18/12

| | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | 1998 Ducati ST2 Motorcycle VIN ZDM1TB9P7WB003390 Mileage 7 | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 FA |
| 22 | 2006 Maserati Quattroporte VIN ZAMCE39A360022512 Mileage 21, | 40,000.00 | 0.00 | | 25,000.00 | FA |
| 23 | 2004 Audi S4 VIN WUARL48H34K900503 Mileage 42,852 Location: | 21,000.00 | 0.00 | | 15,000.00 | FA |
| 24 | Misc office furniture and computer Location: 30 West 14th St | 500.00 | 500.00 | | 0.00 | 500.00 FA |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.45 | Unknown |

TOTALS (Excluding Unknown Values)  $1,242,578.41    $10,704.00    $40,001.45

Gross Value of Remaining Assets
$10,704.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

_____

UST Form 101-7-TFR (5/1/2011) (*Page: 4*)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-51790
Case Name: JOSEPH KENNETH BROWNE
Taxpayer ID No: XX-XXX6021
For Period Ending: 10/17/12

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9619 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/17/12 | | CARMEN K ALLEN 233 E 13TH ST CHICAGO, IL 60605 | PAYMENT FOR PURCHASE OF AUTOS | | | 40,000.00 | | 40,000.00 |
| | | | Gross receipts | 40,000.00 | | | | |
| | 22 | | 2006 Maserati Quattroporte VIN ZAMCE39A360022512 Mileage 21, | 25,000.00 | 1129-000 | | | |
| | 23 | | 2004 Audi S4 VIN WUARL48H34K900503 Mileage 42,852 Location: | 15,000.00 | 1129-000 | | | |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | | 1270-000 | 0.12 | | 40,000.12 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | | 1270-000 | 0.34 | | 40,000.46 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | | 2600-000 | | 50.82 | 39,949.64 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | | 1270-000 | 0.33 | | 39,949.97 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | | 2600-000 | | 47.48 | 39,902.49 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | | 1270-000 | 0.34 | | 39,902.83 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | | 2600-000 | | 52.33 | 39,850.50 |
| 08/30/12 | INT | Bank of America | Interest Rate 0.010 | | 1270-000 | 0.32 | | 39,850.82 |
| 08/30/12 | | Transfer to Acct#XXXXXX6003 | Transfer of Funds | | 9999-000 | | 39,803.46 | 47.36 |
| 08/30/12 | | Bank of America | | | 2600-000 | | 47.36 | 0.00 |

| | COLUMN TOTALS | 40,001.45 | 40,001.45 | |
| | Less: Bank Transfers/CD's | 0.00 | 39,803.46 | |
| | Subtotal | 40,001.45 | 197.99 | |
| | Less: Payments to Debtors | 0.00 | 0.00 | |
| | Net | 40,001.45 | 197.99 | |

Page Subtotals 40,001.45 40,001.45

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-51790
Case Name: JOSEPH KENNETH BROWNE
Taxpayer ID No: XX-XXX6021
For Period Ending: 10/17/12

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6003 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct#XXXXXX9619 | Transfer of Funds | 9999-000 | 39,803.46 | | 39,803.46 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 39,803.46 | 0.00 |
| Less: Bank Transfers/CD's | | 39,803.46 | 0.00 |
| Subtotal | | 0.00 | 0.00 |
| Less: Payments to Debtors | | 0.00 | 0.00 |
| Net | | 0.00 | 0.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX9619 | 40,001.45 | 197.99 | 0.00 |
| Checking Acccount - XXXXXX6003 | 0.00 | 0.00 | 39,803.46 |
| TOTAL OF ALL ACCOUNTS | 40,001.45 | 197.99 | 39,803.46 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Deposit |

Total Allocation Receipts:     0.00
Total Net Deposits:        40,001.45
Total Gross Receipts:      40,001.45

Page Subtotals        39,803.46        0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 11-51790
Debtor Name: BROWNE, JOSEPH KENNETH
Claims Bar Date: 07/18/12

Date: October 17, 2012

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $4,750.15 | $4,750.15 |
| 100 2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3320 | SHAW GUSSIS<br>321 NORTH CLARK STREET<br>CHICAGO, 60610 | Administrative | | $0.00 | $64.80 | $64.80 |
| 100 3210 | SHAW GUSSIS<br>321 NORTH CLARK STREET<br>CHICAGO, 60610 | Administrative | | $0.00 | $3,168.00 | $3,168.00 |
| 1 300 7100 | Michael & Maria Lim<br>Mr. Michael Lim<br>1310 W 68th St<br>Downers Grove, IL 60516 | Unsecured | | $0.00 | $34,875.00 | $34,875.00 |
| 2 350 7200 | Majorie B. McKnight MD PC<br>106 Irving Street, NW<br>Suite 2300<br>Washington, DC 20010 | Unsecured | | $0.00 | $40,000.00 | $40,000.00 |
| | Case Totals | | | $0.00 | $82,857.95 | $82,857.95 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-51790
Case Name: JOSEPH KENNETH BROWNE
Trustee Name: Gregg Szilagyi

      Balance on hand                          $      39,803.46

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 4,750.15 | $ 0.00 | $ 4,750.15 |
| Attorney for Trustee Fees: SHAW GUSSIS | $ 3,168.00 | $ 0.00 | $ 3,168.00 |
| Accountant for Trustee Expenses: SHAW GUSSIS | $ 64.80 | $ 0.00 | $ 64.80 |

Total to be paid for chapter 7 administrative expenses      $    7,982.95

Remaining Balance                                    $    31,820.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,875.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 91.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Michael & Maria Lim | $ 34,875.00 | $ 0.00 | $ 31,820.51 |
| | Total to be paid to timely general unsecured creditors | | | $ 31,820.51 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 40,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Majorie B. McKnight MD PC | $ 40,000.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE