UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
JOSEPH KENNETH BROWNE               §       Case No. 11-51790
                                    §
          Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street
   Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/20/2012 in Courtroom 682,
   United States Courthouse
   219.S. Dearborn St. Chgo, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/29/2012          By: Gregg Szilagyi
                                                                 Trustee


*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
JOSEPH KENNETH BROWNE § Case No. 11-51790
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 40,001.45 |
| and approved disbursements of | $ | 222.53 |
| leaving a balance on hand of[1] | $ | 39,778.92 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 4,750.15 | $ 0.00 | $ 4,750.15 |
| Attorney for Trustee Fees: SHAW GUSSIS | $ 3,168.00 | $ 0.00 | $ 3,168.00 |
| Accountant for Trustee Expenses: SHAW GUSSIS | $ 64.80 | $ 0.00 | $ 64.80 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,982.95 |
| Remaining Balance | | $ | 31,795.97 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 34,875.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 91.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Michael & Maria Lim | $ 34,875.00 | $ 0.00 | $ 31,820.51 |
| | Total to be paid to timely general unsecured creditors | | $ | 31,820.51 |
| | Remaining Balance | | $ | -24.54 |

Tardily filed claims of general (unsecured) creditors totaling $ 40,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Majorie B. McKnight MD PC | $ 40,000.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | -24.54 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi
                                                            Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-51790-JBS
Joseph Kenneth Browne                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: acox              Page 1 of 2              Date Rcvd: Oct 30, 2012
                              Form ID: pdf006         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2012.
```
db         +Joseph Kenneth Browne,   30 West 14th Street,   Chicago, IL 60605-2714
18309712    American Express,   P.O. Box 981540,   El Paso, TX 79998-1540
18309713    Bank United FSB,   7765 NW 148th Street,   Miami Lakes, FL 33016
18309714    Chase Bank,   PO Box 24696,   Columbus, OH 43224-0696
18309715   +Citi Mortgage, Inc,   14700 Citicorp Drive,   MC 0251,   Hagerstown, MD 21742-2205
18309717   +DCU Visa,   220 Donald Lynch Boulevard,   Marlborough, MA 01752-4708
18309716   +David C. Pisor,   1940 West Dickens,   Chicago, IL 60614-8161
18309718  ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court: Fifth Third Bank,   5050 Kingley 1M0C2J,   Cincinnati, OH 45263)
18309719   +Fifth Third Bank,   999 Vanderbilt Beach Road,   Naples, FL 34108-3510
18309721   +Hilary H. Pison,   1940 W. Dickens,   Chicago, IL 60614-8161
18309722   +Kelly M. Hayes,   4 Fordyce Lane,   Saint Louis, MO 63124-1338
18309723   +Majorie B. McKnight MD PC,   106 Irving Street, NW,   Suite 2300,   Washington, DC 20010-2959
19168044   +Michael & Maria Lim,   Mr. Michael Lim,   1310 W 68th St,   Downers Grove, IL 60516-3323
18309725   #+Michael Lim,   913 W. Oak Ridge Drive,   Marble Falls, TX 78654-3602
18309727   +Michael Litz,   2221 S. Warson Road,   Saint Louis, MO 63124-1060
18309729   +Orit Blavvise,   4756 W. Bryn Mawr,   Chicago, IL 60646-6634
18309730   +Roy Blavvise,   4756 W. Bryn Mawr,   Chicago, IL 60646-6634
18309733   +Shaun R. Hayes,   4 Fordyce Lane,   Saint Louis, MO 63124-1338
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18309720    E-mail/Text: bankruptcy.bnc@gt-cs.com Oct 31 2012 03:00:46    Green Tree Servicing,
             P.O. Box 6154,   Rapid City, SD 57709
18309728   +E-mail/Text: Bankruptcyemails@montgomerybank.com Oct 31 2012 02:35:21    Montgomery Bank, N.A.,
             13303 Manchester Road,   Saint Louis, MO 63131-1710
                                                                                              TOTAL: 2
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty         Shaw Gussis
18309724*  +Majorie B. McKnight MD PC,   106 Irving Street, NW,   Suite 2300,   Washington, DC 20010-2959
18309726*  +Michael Lim,   913 W. Oak Ridge Drive,   Marble Falls, TX 78654-3602
18309731*  +Roy Blavvise,   4756 W. Bryn Mawr,   Chicago, IL 60646-6634
18309732*  +Roy Blavvise,   4756 W. Bryn Mawr,   Chicago, IL 60646-6634
                                                                           TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2012**                 **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: acox                Page 2 of 2                   Date Rcvd: Oct 30, 2012
                              Form ID: pdf006           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2012 at the address(es) listed below:

```
          Christopher B Lega    on behalf of Debtor Joseph Browne clega@jnlegal.net
          Christopher M Brown   on behalf of Creditor   Green Tree Servicing LLC
           northerndistrict@atty-pierce.com,   cbrown@atty-pierce.com
          Gregg  Szilagyi    gs@tailserv.com, gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
          Jose G Moreno    on behalf of Creditor   JPMorgan Chase Bank, National Association
           nd-one@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard M. Fogel    on behalf of Trustee Gregg Szilagyi rfogel@shawfishman.com
                                                                                             TOTAL: 6
```