# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
JOSEPH KENNETH BROWNE § Case No. 11-51790
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                                    Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:                    Claims Discharged
                                                     Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $               from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Gregg Szilagyi _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Bank PO Box 24696 Columbus, OH 43224-0696 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Mortgage, Inc 14700 Citicorp Drive MC 0251 Hagerstown, | | | | | |
| | Fifth Third Bank 5050 Kingley 1M0C2J Cincinnati, OH 45263 | | | | | |
| | Green Tree Servicing P.O. Box 6154 Rapid City, SD 57709 | | | | | |
| | Majorie B. McKnight MD PC 106 Irving Street, NW Suite 2300 W | | | | | |
| | Majorie B. McKnight MD PC 106 Irving Street, NW Suite 2300 W | | | | | |
| | Michael Lim 913 W. Oak Ridge Drive Marble Falls, TX 78654 | | | | | |
| | Michael Lim 913 W. Oak Ridge Drive Marble Falls, TX 78654 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Associated Bank | | | | | |
| SHAW FISHMAN | | | | | |
| SHAW FISHMAN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. Box 981540 El Paso, TX 79998-1540 | | | | | |
| | Bank United FSB 7765 NW 148th Street Miami Lakes, FL 33016 | | | | | |
| | DCU Visa 220 Donald Lynch Boulevard Marlborough, MA 01752 | | | | | |
| | Fifth Third Bank 999 Vanderbilt Beach Road Naples, FL 34108 | | | | | |
| 2 | Majorie B. McKnight MD PC | | | | | |
| 1 | Michael & Maria Lim | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Montgomery Bank, N.A. 13303 Manchester Road Saint Louis, MO | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

**Exhibit 8**

| | | |
|---|---|---|
| Case No: | 11-51790   JBS   Judge: Jack B. Schmetterer | |
| Case Name: | JOSEPH KENNETH BROWNE | |
| For Period Ending: 08/07/13 | | |

| | |
|---|---|
| Trustee Name: | Gregg Szilagyi |
| Date Filed (f) or Converted (c): | 12/29/11 (f) |
| 341(a) Meeting Date: | 02/07/12 |
| Claims Bar Date: | 07/18/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single family home Location: 30 West 14th Street, Chicago IL | 700,000.00 | 0.00 | | 0.00 | 0.00 |
| 2 | 1/2 owner of condominium located at 233 East 13th Street #16 | 195,000.00 | 0.00 | | 0.00 | 0.00 |
| 3 | 1/2 interest in Condominium located at 13965 Avon Park Circl | 230,000.00 | 0.00 | | 0.00 | 0.00 |
| 4 | 1/2 interest of 3 acres of vacant land located in Georgetown | 8,150.00 | 4,150.00 | | 0.00 | 4,150.00 |
| 5 | Location: 30 West 14th Street, Chicago IL 60605 | 250.00 | 250.00 | | 0.00 | 250.00 |
| 6 | Checking account South Central Bank account ending #9400 | 300.00 | 300.00 | | 0.00 | 300.00 |
| 7 | Digital Federal Credit Union money market account Location: | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8 | Digital Federal Credit Union checking account Location: 30 W | 2.00 | 2.00 | | 0.00 | 2.00 |
| 9 | Digital Federal Credit Union savings account Location: 30 We | 2.00 | 2.00 | | 0.00 | 2.00 |
| 10 | Bank of America checking account #9963 Location: 30 West 14t | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Bank of America Savings account | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12 | Fifth Third Bank checking account Location: 30 West 14th Str | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13 | Chase Bank checking account ending #4970 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Miscellaneous furniture and home goods bedroom, home office | 3,000.00 | 3,000.00 | | 0.00 | 3,000.00 |
| 15 | Clothing Location: 30 West 14th Street, Chicago IL 60605 | 500.00 | | | 0.00 | |
| 16 | New York Life Term Insurance Policy no.: G-29116, Account: 0 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17 | Ameriprise Financial IRA Accounts: 0000666596242021, 0931077 | 41,374.41 | 0.00 | | 0.00 | 0.00 |
| 18 | Blavvise & Browne Investment Group, Inc. (Disolved) Location: | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19 | 19E LLC, | 0.00 | 0.00 | | 0.00 | 0.00 |
| 20 | B&B Holland Groves LLC | 0.00 | 0.00 | | 0.00 | 0.00 |

Page:   2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-51790 | JBS | Judge: | Jack B. Schmetterer | | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|---|
| Case Name: | JOSEPH KENNETH BROWNE | | | | | Date Filed (f) or Converted (c): | 12/29/11 (f) |
| | | | | | | 341(a) Meeting Date: | 02/07/12 |
| For Period Ending: 08/07/13 | | | | | | Claims Bar Date: | 07/18/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 21 | 1998 Ducati ST2 Motorcycle VIN ZDM1TB9P7WB003390 Mileage 7 | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 22 | 2006 Maserati Quattroporte VIN ZAMCE39A360022512 Mileage 21, | 40,000.00 | 0.00 | | 25,000.00 | FA |
| 23 | 2004 Audi S4 VIN WUARL48H34K900503 Mileage 42,852 Location: | 21,000.00 | 0.00 | | 15,000.00 | FA |
| 24 | Misc office furniture and computer Location: 30 West 14th St | 500.00 | 500.00 | | 0.00 | 500.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.45 | Unknown |

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,242,578.41 | $8,204.00 | | $40,001.45 | Gross Value of Remaining Assets<br>$8,204.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):   10/29/12      Current Projected Date of Final Report (TFR):   / /

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-51790
Case Name: JOSEPH KENNETH BROWNE

Taxpayer ID No: XX-XXX6021
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9619 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/17/12 | | CARMEN K ALLEN 233 E 13TH ST CHICAGO, IL 60605 | PAYMENT FOR PURCHASE OF AUTOS | | 40,000.00 | | 40,000.00 |
| | | | Gross receipts                40,000.00 | | | | |
| | 22 | | 2006 Maserati Quattroporte VIN ZAMCE39A360022512 Mileage    25,000.00 21, | 1129-000 | | | |
| | 23 | | 2004 Audi S4 VIN WUARL48H34K900503 Mileage    15,000.00 42,852 Location: | 1129-000 | | | |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.12 | | 40,000.12 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.34 | | 40,000.46 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 50.82 | 39,949.64 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.33 | | 39,949.97 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 47.48 | 39,902.49 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.34 | | 39,902.83 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 52.33 | 39,850.50 |
| 08/30/12 | INT | Bank of America | | 1270-000 | 0.32 | | 39,850.82 |
| 08/30/12 | | Transfer to Acct#XXXXXX6003 | Transfer of Funds | 9999-000 | | 39,803.46 | 47.36 |
| 08/30/12 | | Bank of America | | 2600-000 | | 47.36 | 0.00 |

|  | COLUMN TOTALS | 40,001.45 | 40,001.45 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 39,803.46 | |
|  | Subtotal | 40,001.45 | 197.99 | |
|  | Less: Payments to Debtors | 0.00 | 0.00 | |
|  | Net | 40,001.45 | 197.99 | |

|  | Page Subtotals | 40,001.45 | 40,001.45 |
|---|---|---|---|

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-51790
Case Name: JOSEPH KENNETH BROWNE

Taxpayer ID No: XX-XXX6021
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6003 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct#XXXXXX9619 | Transfer of Funds | 9999-000 | 39,803.46 | | 39,803.46 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | 24.54 | 39,778.92 |
| 12/20/12 | 001002 | GREGG SZILAGYI 542 South Dearborn Street Suite 1060 Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 4,750.15 | 35,028.77 |
| 12/20/12 | 001003 | SHAW GUSSIS 321 NORTH CLARK STREET CHICAGO, 60610 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3320-000 | | 64.80 | 34,963.97 |
| 12/20/12 | 001004 | SHAW GUSSIS 321 NORTH CLARK STREET CHICAGO, 60610 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3210-000 | | 3,168.00 | 31,795.97 |
| 12/20/12 | 001005 | Michael & Maria Lim Mr. Michael Lim 1310 W 68th St Downers Grove, IL 60516 | (Final distribution to Claim 1, representing a Payment of 91.17% per court order.) | 7100-000 | | 31,795.97 | 0.00 |

|  | | | | COLUMN TOTALS | 39,803.46 | 39,803.46 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers/CD's | 39,803.46 | 0.00 | |
| | | | | Subtotal | 0.00 | 39,803.46 | |
| | | | | Less: Payments to Debtors | 0.00 | 0.00 | |
| | | | | Net | 0.00 | 39,803.46 | |

| | | | | TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | MONEY MARKET ACCOUNT - XXXXXX9619 | 40,001.45 | 197.99 | 0.00 |
| | | | | Checking Acccount - XXXXXX6003 | 0.00 | 39,803.46 | 0.00 |
| | | | | Page Subtotals | 39,803.46 | 39,803.46 | |

**FORM 2**

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  11-51790
Case Name:  JOSEPH KENNETH BROWNE

Taxpayer ID No:  XX-XXX6021
For Period Ending:  08/07/13

Trustee Name:  Gregg Szilagyi
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX6003 - Checking Acccount
Blanket Bond (per case limit):  $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 0.00 | | ---------------------------- 40,001.45 | ---------------------------- 40,001.45 | ------------------- 0.00 |
| Total Net Deposits: | 40,001.45 | | ================ | ================ | =========== |
| Total Gross Receipts: | 40,001.45 | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Page Subtotals | 0.00 | 0.00 |
|---|---|---|

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*